IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES WATSON                                                                                          PLAINTIFF

vs.                                     CASE NO. **4:05CV001129GH**

CORNELL TAPPER, ET AL.                                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered this date, the case is hereby dismissed wtih prejudice.

IT IS SO ORDERED this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-