IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES WATSON                                                                    PLAINTIFF

vs.                                    CASE NO. **4:05CV001129GH**

CORNELL TAPPER, ET AL.                                            DEFENDANTS

### ORDER

  Pending before the Court is plaintiff's motion for reconsideration of the Court's order of November 28, 2006, dismissing the complaint pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not presented any justification for the Court to reconsider its ruling. Indeed, he has not offered an explanation for his failure to comply with any of the Court's orders. He merely reiterates the facts underlying his claim.

  Accordingly, the motion for reconsideration is denied.

  IT IS SO ORDERED this 16th day of January, 2007.

_____
*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE